# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ISAAC KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>-v-<br><br>Barrick Gold Corporation, Kelvin P. M. Dushnisky, Catherine P. Raw, Richard Williams, and Jorge Palmes, | Plaintiff,<br><br><br><br><br><br><br>Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Isaac Kim _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 05/19/2017 _____

/s/ Jeremy A. Lieberman _____
**Signature of Attorney**

**Attorney Bar Code:** JL-6130 _____

Form Rule7_1.pdf  SDNY Web 10/2007