# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| Isaac Kim | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    17-cv-3815 |
| Barrick Gold Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Isaac Kim                                                                                           .

Date: *May 30, 2017*

_____
*Attorney's signature*

Joseph Alexander Hood II (JA 4625)
*Printed name and bar number*

POMERANTZ LLP
600 Third Avenue, Floor 20
New York, New York 10016

*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*