**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARRICK GOLD CORPORATION, KELVIN P. M. DUSHNISKY, CATHERINE P. RAW, RICHARD WILLIAMS, and JORGE PALMES,<br><br>Defendants. | Case No. 17-cv-3815-GHW |

## CERTIFICATE OF SERVICE

I, J. Alexander Hood, hereby certify that on May 23, 2017, I caused the Court-issued summons (Dkt. No. 6), complaint (Dkt. No. 1), civil cover sheet (Dkt. No. 2), Statement of Relatedness (Dkt. No. 3), and Rule 7.1 Statement (Dkt. No. 4) to be served by United States Postal Service Certified First Class mail upon the following defendants:

Kelvin P. M. Dushnisky
Catherine P. Raw
Richard Williams
Jorge Palmes
Barrick Gold Corporation
Northeast Team 1
New York Corporate Service Center
111 Eighth Avenue, 13th Floor
New York, NY 10011

The tracking number was 7015 1730 0002 3047 2808. Attached as Exhibit A is a true and correct copy of a service tracking report obtained from the United States Postal Service website. This service tracking report confirms that the Court-issued summons (Dkt. No. 6), complaint (Dkt. No. 1), civil cover sheet (Dkt. No. 2), Statement of Relatedness (Dkt. No. 3), and Rule 7.1 Statement (Dkt. No. 4) were successfully delivered to the service address of Barrick Gold

{00241966;1 }                                         1

Corporation, Kelvin P. M. Dushnisky, Catherine P. Raw, Richard Williams, and Jorge Palmes on May 26, 2017.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: May 30, 2017                              Respectfully submitted,

                                                 **POMERANTZ LLP**

                                                 _____
                                                 J. Alexander Hood II
                                                 600 Third Avenue, Floor 20
                                                 New York, New York 10016
                                                 Phone: 212-661-1100
                                                 Fax: 917-463-1044
                                                 Email: ahood@pomlaw.com

                                                 ***Counsel for Plaintiff, Isaac Kim***

{00241966;1 }                                    2

# Exhibit A

USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151730000230472808

▶        ▶        ❭    Delivered

**Updated Delivery Day:** Friday, May 26, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**                    **Features:**
                                        Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 26, 2017, 7:06 am** | **Delivered** | **NEW YORK, NY 10011** |
| | ▲ | |
| Your item was delivered at 7:06 am on May 26, 2017 in NEW YORK, NY 10011. | | |
| May 25, 2017, 11:37 am | Available for Pickup | NEW YORK, NY 10011 |
| May 25, 2017, 11:21 am | Arrived at Unit | NEW YORK, NY 10011 |
| May 24, 2017, 8:47 am | Departed USPS Facility | NEW YORK, NY 10199 |
| May 23, 2017, 7:50 pm | Arrived at USPS Facility | NEW YORK, NY 10199 |

See Less ∧

## Available Actions

Text Updates    ∨

Email Updates    ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

5/29/2017                                          USPS.com® - USPS Tracking® Results

FAQs (http://faq.usps.com/?articleId=220900)

## There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

(https://www.usps.com/)

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input'**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**     **(https://twitter.com/usps)**

 **(http://www.pinterest.com/uspsstamps/)**     **(https://www.youtube.com/usps)**