UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re BARRICK GOLD CORPORATION
SECURITIES LITIGATION

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/18
```

17 CIVIL 3507 (NRB)

## JUDGMENT

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 20, 2018, the motion is granted and judgment is entered for defendants; accordingly, this case and the related case, No. 17 Civ. 3815, are closed.

**Dated:** New York, New York
September 20, 2018

RUBY J. KRAJICK
_____
Clerk of Court

BY:
_____
Deputy Clerk